DOCTOR PATIENT MEDICINE, INC.
PO BOX 311
AL 35758

MARILYN LIGON
140 HARDIMAN PLACE LANE
MADISON, AL 35756

| Employee Pay Stub | | Check number: 1173 | | | Pay Period: 08/01/2020 - 08/31/2020 | Pay Date: 09/04/2020 |
|---|---|---|---|---|---|---|
| **Employee** | | | | | **SSN** | |
| MARILYN LIGON, 140 HARDIMAN PLACE LANE, MADISON, AL 35756 | | | | | ***-**-9586 | |

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| COMMISSON | 7,424.50 | 1.00 | 7,424.50 | 41,460.93 |
| **Taxes** | | | **Current** | **YTD Amount** |
| Medicare Employee Addl Tax | | | 0.00 | 0.00 |
| Federal Withholding | | | 0.00 | 0.00 |
| Social Security Employee | | | -460.32 | -2,570.58 |
| Medicare Employee | | | -107.65 | -601.18 |
| AL - Withholding | | | -147.06 | -315.63 |
| | | | -715.03 | -3,487.39 |
| **Adjustments to Net Pay** | | | **Current** | **YTD Amount** |
| ADVANCE | | | | -1,536.32 |
| **Net Pay** | | | **6,709.47** | **36,437.22** |

DOCTOR PATIENT MEDICINE, INC., PO BOX 311, AL 35758

DOCTOR PATIENT MEDICINE, INC.
PO BOX 311
AL 35758

MARILYN LIGON
140 HARDIMAN PLACE LANE
MADISON, AL 35756

| **Employee Pay Stub** | | Check number: 1161 | | | Pay Period: 06/15/2020 - 07/14/2020 | Pay Date: 08/06/2020 |
|---|---|---|---|---|---|---|
| **Employee** | | | | | **SSN** | |
| MARILYN LIGON, 140 HARDIMAN PLACE LANE, MADISON, AL 35756 | | | | | ***-**-9586 | |

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| COMMISSON | 2,451.87 | 1.00 | 2,451.87 | 34,036.43 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Medicare Employee Addl Tax | 0.00 | 0.00 |
| Federal Withholding | 0.00 | 0.00 |
| Social Security Employee | -152.02 | -2,110.26 |
| Medicare Employee | -35.55 | -493.53 |
| AL - Withholding | 0.00 | -168.57 |
| | -187.57 | -2,772.36 |

| Adjustments to Net Pay | Current | YTD Amount |
|---|---|---|
| ADVANCE | | -1,536.32 |

| **Net Pay** | | 2,264.30 | 29,727.75 |
|---|---|---|---|

DOCTOR PATIENT MEDICINE, INC., PO BOX 311, AL 35758

DOCTOR PATIENT MEDICINE, INC.
PO BOX 311
AL 35758

MARILYN LIGON
140 HARDIMAN PLACE LANE
MADISON, AL 35756

| **Employee Pay Stub** | | Check number: 1151 | | | Pay Period: 06/01/2020 - 06/30/2020 | Pay Date: 07/06/2020 |
|---|---|---|---|---|---|---|

| **Employee** | | | | | **SSN** | |
|---|---|---|---|---|---|---|
| MARILYN LIGON, 140 HARDIMAN PLACE LANE, MADISON, AL 35756 | | | | | ***-**-9586 | |

| **Earnings and Hours** | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| COMMISSON | 4,905.08 | 1.00 | 4,905.08 | 31,584.56 |
| **Taxes** | | | Current | YTD Amount |
| Medicare Employee Addl Tax | | | 0.00 | 0.00 |
| Federal Withholding | | | 0.00 | 0.00 |
| Social Security Employee | | | -304.11 | -1,958.24 |
| Medicare Employee | | | -71.13 | -457.98 |
| AL - Withholding | | | 0.00 | -168.57 |
| | | | -375.24 | -2,584.79 |
| **Adjustments to Net Pay** | | | Current | YTD Amount |
| ADVANCE | | | | -1,536.32 |
| **Net Pay** | | | 4,529.84 | 27,463.45 |

DOCTOR PATIENT MEDICINE, INC., PO BOX 311, AL 35758